

CONTACT |  FREE Consultation   Call: 646-741-4084

SERVICIOS EN ESPAÑOL    HUM HINDI BOLTE HAIN

    We accept major credit cards



ATTORNEYS   CRIMINAL DEFENSE   PERSONAL INJURY   IN THE NEWS   RESULTS   TESTIMONIALS

DWI Defense     Criminal Defense     Personal Injury     Construction Accidents     Auto Accidents

## Personal Injury Lawyers Striving To Help You

As a New York City resident, you are no stranger to unsafe conditions. Regardless of the countless safety precautions that have been put into place to protect more than 8 million people, accidents happen and they happen often. If you have been injured in an accident, you should retain an experienced attorney who can help you understand your rights.

At Kelly & Rubin, LLP, we have obtained millions of dollars for our clients in a variety of personal injury cases. Our lawyers have more than two decades of experience helping New Yorkers from all five boroughs who have been injured due to the following:

- Auto accidents
- Bus accidents
- Train accidents
- Subway accidents
- Trip-and-fall or premises liability accidents
- Inadequate apartment or hotel security
- Construction site accidents
- Unsafe working conditions
- Medical malpractice

### Providing Complex Wrongful Death Legal Representation

We also help individuals file wrongful death claims when they have lost a loved one due to the negligence of others. It is essential that you have someone on your side, protecting your interests as you pursue compensation for medical expenses, lost wages and property damage. Insurance companies will likely call you as soon as they can and ask you to give a statement or sign a release. We strongly suggest that you politely decline and call our office immediately. You have every right to speak to a lawyer before you sign anything.

All accidents are costly. We offer free initial consultations and we do not collect any payment from our clients until we obtain money for them. You risk nothing by calling our firm. You risk everything by attempting to handle it yourself.

### Let Kelly & Rubin, LLP, Help You

For more information or to schedule your free initial consultation with one of our Spanish-speaking Manhattan personal injury lawyers, call 646-741-4084 or contact us online.