Neville L. Johnson (SBN 66329)
Jordanna G. Thigpen (SBN 232642)
Daniel B. Lifschitz (SBN 285068)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:      njohnson@jjllplaw.com
            jthigpen@jjllplaw.com
            dlifschitz@jjllplaw.com

*Attorneys for Defendant*
BC Strategy UK Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENSOR LAW P.C., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL F. RUBIN, et al.,<br><br>Defendant. | CASE NO. 2:18-cv-01490-SVW (SKx)<br><br>**BC STRATEGY UK LTD.'S NOTICE OF UNTIMELY FILING AND INTENT TO SUBMIT REPLY**<br><br><u>Hearing</u><br>Date:         September 17, 2018<br>Time:         1:30 P.M.<br>Location:    350 W. 1st Street<br>                  Courtroom 10A, 10th Floor<br>                  Los Angeles, CA 90012 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 27, 2018, Defendant BC Strategy UK, Ltd. ("Defendant") moved for an order dismissing Plaintiff Tensor Law, P.C.'s ("Plaintiff") Complaint for intentional interference with contract and prospective economic advantage and practicing law without a license in violation of Cal. Bus. & Prof. Code § 6126 (Dkts. 51-53). Pursuant to Central District Local Rule 7-9, Plaintiff's opposition, if any, was due by August 27, 2018 (231 days prior to the hearing date). Plaintiff filed its opposition two days late, on August 29, 2018.

Defendant intends to file a reply brief in support of its motions with supporting evidence as necessary by September 4, 2018. Defendant also reserves the right to later seek sanctions or recovery its fees under Rule 11 for filing this frivolous complaint after plaintiff was advised that it was factually baseless, forcing Defendant to file a motion to dismiss, and then Plaintiff filing an untimely opposition brief. *See also* Dkt. 33 (referencing Plaintiff's prior untimely filing of oppositions to motions); Dkt. 56 (a fourth untimely filing by Plaintiff).

DATED: August 29, 2018                          JOHNSON & JOHNSON LLP

                                                By   /s/ Jordanna G. Thigpen
                                                     Neville L. Johnson
                                                     Jordanna G. Thigpen
                                                     Daniel B. Lifschitz

                                                     *Attorneys for Defendant*
                                                     BC Strategy UK Ltd.