# EXHIBIT 2

Neville L. Johnson (SBN 66329)
Jordanna G. Thigpen (SBN 232642)
Daniel B. Lifschitz (SBN 285068)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
jthigpen@jjllplaw.com
dlifschitz@jjllplaw.com

*Attorneys for Defendant*
BC Strategy UK Ltd.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENSOR LAW P.C., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL F. RUBIN, et al.,<br><br>        Defendant. | CASE NO. 2:18-cv-01490-SVW (SKx)<br><br>**DECLARATION OF DR. AVI YANUS IN SUPPORT OF DEFENDANT BC STRATEGY UK LTD.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT UNDER RULES 8(a), 12(b)(2), 12(b)(4), 12(b)(5), AND 12(b)(6)**<br><br><u>Hearing</u><br>Date:        September 17, 2018<br>Time:        1:30 P.M.<br>Location:    350 W. 1st Street<br>                 Courtroom 10A, 10th Floor<br>                 Los Angeles, CA 90012<br><br>*[Notice of Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 8(a), 12(b)(2), 12(b)(4), 12(b)(5), and 12(b)(6); Memorandum of Points and Authorities; Declaration of Neville L. Johnson filed concurrently herewith]* |

## **DECLARATION OF DR. AVI YANUS**

I, Dr. Avi Yanus, declare:

1. I am the Director of BC Strategy UK, Ltd. ("BC Strategy UK") and am a resident of London, United Kingdom ("UK"). I am the sole director of BC Strategy UK, and have been so since the foundation of the company in July 2012. Except as otherwise indicated and to the extent that facts are stated upon information and belief of BC Strategy UK, I have personal knowledge of the matters set forth below and could competently testify thereto if called to do so.

2. BC Strategy UK incorporated as a limited company under the laws of England and Wales with its principal place of business in London, UK. The company is a fully-owned subsidiary of BC Strategy, a limited company incorporated under the laws of Israel with its principal place of business in Tel Aviv, Israel (the two companies together are collectively known as "Black Cube").

3. Black Cube is a business intelligence and strategic consultancy firm. The main service that the company provides is litigation support, in which it brings to the legal desk intelligence that assists its clients and supports efforts to locate evidence, witnesses and assets, and analyze conflicts of interest.

4. All of Black Cube's staff is based in Tel Aviv, London, or Paris. All of BC Strategy UK's staff is based in London.

5. Black Cube does not have an office in California, or anywhere else in the United States, and is not registered to do business in California or anywhere else in the United States. Indeed, Black Cube has no California-based business operations and no U.S. employees. Black Cube does not rent or own any U.S. property. Black Cube does not have any U.S. bank accounts.

6. Black Cube does not direct any advertising specifically toward California residents or U.S. residents in general, nor does it advertise in any publications that are directed primarily toward California residents or U.S. residents in general. Black Cube does not have any clients in California.

DECLARATION OF DR. AVI YANUS IN SUPPORT OF MOTION TO DISMISS

7.     None of Black Cube's officers or directors reside in or are domiciled in California or in the U.S.

8.     BC Strategy UK does not publish any website of its own.  Black Cube does publish a website, owned by BC Strategy, located at https://www.blackcube.com.  This is not an active consumer website.  Black Cube's website consists of informational pages describing its services and provides no way for consumers or anyone else to transact business through its website, aside from a standard contact page where anyone can submit their personal information for follow up.  Nothing on the website targets California or even United States customers.

9.     According to legal advice I received, BC Strategy UK was never properly served with the summons and complaint in this action.

10.     The Plaintiff in this action, Tensor Law P.C., initially attempted to serve BC Strategy UK by sending a copy of the summons and complaint by international Federal Express delivery.  Plaintiff's counsel (who is also Plaintiff) was then informed that Federal-expressing a complaint was an improper method of service.

11.     Thereafter, on July 6, 2018, a process server came to the mail room of the building where BC Strategy UK is located in London and handed two copies of the summons and First Amended Complaint, along with the documents attached hereto as **Exhibit 1**, to a clerk in the mail room.  This clerk is not an employee of either Black Cube and has no affiliation with either entity.  This individual did not have authorization to accept service of process on behalf of BC Strategy UK.

12.     Black Cube is not domiciled in California or anywhere else in the United States, and does **not** consent to jurisdiction over BC Strategy UK in the courts of California.

13.     It would be unreasonable to require BC Strategy UK to defend this action in courts within California for the following reasons:

a.  BC Strategy UK's contacts with the United States are limited to

1  incidental contact in the course of performing research and analysis services for its

2  clients.

3         b.  BC Strategy UK has not purposefully availed itself of the benefits

4  or protections of the law of California in particular or of the United States in

5  general;

6         c.  BC Strategy UK has not purposefully directed its activities toward

7  California in particular or in the United States in general;

8         d.  While the facts of the First Amended Complaint are exceptionally

9  vague as to BC Strategy UK, all individuals who have potentially have information

10  or knowledge related to the allegations of the complaint mostly reside in Tel Aviv,

11  Israel or London, England, and some of the individuals in Tel Aviv either do not

12  speak English or do not speak English as a first language; and

13         e.  To the extent that a U.S. court issues any order compelling BC

14  Strategy UK to take (or refrain from) any action, that order may be inconsistent

15  with BC Strategy UK's legal obligations under English law.

16

17      I declare, under penalty of perjury, under the laws of the United States, that

18  the foregoing is true and correct and that this was executed on the 27th day of July

19  2018 at London, UK.

20

21                                 DR. AVI YANUS

22

23

24

25

26

27

28