# EXHIBIT 7

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Sep 10 03:32:26 EDT 2018

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ]   **Record 3 out of 4**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# BLACK CUBE

| | |
|---|---|
| **Word Mark** | BLACK CUBE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Business management, business administration; business development; business and personal consulting services, development, marketing and sales promotion consulting; all included in this class |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 79114891 |
| **Filing Date** | March 25, 2012 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | September 18, 2012 |
| **Registration Number** | 4252253 |
| **International Registration Number** | 1121414 |
| **Registration Date** | December 4, 2012 |
| **Owner** | (REGISTRANT) B.C. Strategy Ltd. CORPORATION ISRAEL 3 Mazeh Street 6521311 Tel-Aviv ISRAEL |
| **Attorney of Record** | Yael Rouach Cabilly |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 71 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Sep 10 03:32:26 EDT 2018

Please logout when you are done to release system resources allocated for you.

**4 Records(s) found (This page: 1 ~ 4)**

Refine Search: (Black Cube)[COMB]

Current Search: (Black Cube)[COMB] docs: 4 occ: 14

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 86764357 | 5370539 | BLACK CUBE | TSDR | LIVE |
| 2 | 86457968 | 4860963 | BLACK BAG CUBES | TSDR | LIVE |
| 3 | 79114891 | 4252253 | BLACK CUBE | TSDR | LIVE |
| 4 | 78370989 | 3086286 | BLACQUE ICE | TSDR | DEAD |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY