# EXHIBIT 8

**BUSINESS CONFIDENTIAL**  **BLACK CUBE**

Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
USA

24 October 2016

### Letter of Engagement

1. This Letter of Engagement sets out the terms whereby Boies, Schiller & Flexner LLP (the "Firm") is engaging B.C. Strategy UK Ltd, a limited company incorporated in England and Wales (registered number: 0815397, hereinafter "Black Cube"), on behalf of a client, (hereafter "**the Client**"). This letter explains the research process and scope of the litigation support services to be provided to the Client, and attached to it you will find our Terms and Conditions, which shall be considered as a part of this letter.

### General

2. B.C. Strategy UK Ltd is a business intelligence and strategic consultancy firm based in London, Tel-Aviv and Paris. The company, owner of the Black Cube brand in Israel, USA, UK, European Union, Hong Kong, Australia and other countries, specializes in finding tailored solutions to business challenges by gathering high quality intelligence and providing its clients strategic consultancy and guidance. The firm specializes in delivering end-to-end research into corporations, individuals and product markets.

3. Black Cube is a select group of veterans of elite units in the Israeli intelligence community, combined with financial and legal experts. Our team comes from a well-established intelligence background in the fields of information gathering, analysis and research, as well as various legal and financial backgrounds and field operations. The team's unique background, together with the cutting-edge methodology developed by Black Cube, was the reason we were retained to untangle complex business environments and legal cases for many multi-national clients. Black Cube regularly supplies services for a variety of international corporates and law firms.

4. Black Cube is willing to provide business intelligence services to the Client in accordance with the work plan suggested below, and hereby warrants that all information collected during the project and all other action taken or directed by Black Cube will be obtained in confidence and by legal means and in compliance with all applicable laws and regulations. In accordance, all operations are subject to the law in all relevant jurisdictions.

5. All of Black Cube's operational methodologies have been approved by K&L Gates, BCL Burton Copeland and Gross, Kleinhandler, Hodak and Co. (top-tier law firms in the US, UK and Israel respectively).

1



**BUSINESS CONFIDENTIAL**                                                                 **BLACK CUBE**

6. Furthermore, Black Cube seeks advice and guidance from top tier law firms in any other jurisdiction in which we operate, in order to ensure full compliance to local laws and regulations, specifically with regard to privacy and data protection.

## Objectives

7. The primary objective of the project is to identify the entities behind the negative campaign against the Client (hereinafter – "the Campaign"), and support the Client's efforts to put a stop to it.
8. Of course, any other specific request or requirement from the Client will be taken into consideration.

## The Research Team

9. For the duration of the project, Black Cube will allocate a dedicated team of expert intelligence officers that will operate in the USA and any other necessary country:

    a) A project manager with specific experience in managing similar business intelligence projects. The project manager will be in charge of building the research plan, managing the team, allocating resources, scheduling, and presenting results to the Client.

    b) Intelligence analysts – experts in web-based data gathering and database access, social networks and pattern analysis.

    c) Avatar Operators – experts in relevant media analysis and relations, in all available social networks.

    d) Linguists – for all relevant languages including English.

    e) Operations experts with extensive experience in social engineering.

    f) In house legal advisor – for advice on the legality of collection methods and operations; focusing on privacy, data protection, and database access.

10. The team is supported by our board of directors and advisors – businessmen in key positions in Israel and abroad and former heads of the Israeli intelligence forces, all of whom contribute from their vast experience and worldwide connections.






2

BUSINESS CONFIDENTIAL                                                                 BLACK CUBE

## Schedule and Fees

11. The final report will be provided within two months from signature of letter of engagement. However, due to the urgency of the project, Black Cube will utilize its Blitz methodology in order to allocate additional resources in the beginning of the project.

12. Regular updates, delivered in face to face meetings with the Firm and Client along with written status reports, will be given to the Firm and Client to present findings and discuss further directions.

13. Relevant information will be provided to the Firm and Client as it becomes available.

14. The price for this project per month will be 100,000 USD (200,000 USD in total), inclusive of all costs (i.e. databases and software licenses, flights, travel, computers and special accessories, and out of pocket expenses). The Client will not bear any additional expenses unless agreed upon in advance. The Client has the option to terminate the engagement after the first month if it is not satisfied with the results produced thus far with no obligation to pay the second month's fee.

15. The first monthly payment be due upon the signing of the letter of engagement, and the second monthly payment will be due 30 days after the signing of the letter of engagement.

16. In the event in which the Client uses the intelligence provided by Black Cube, in a litigation, in a different juridical process, in the media or in presentation to authorities, Black Cube will be paid a success fee of 100,000 USD.

17. Additionally, in the event Black Cube succeeds in achieving the objective, including putting a stop to the negative campaign, Black Cube will be paid an additional success fee of 200,000 USD.

18. Furthermore, in the event in which Black Cube discovers that there was a concerted effort on the part of an individual or entity behind the negative campaign (e.g. a business competitor) that was not otherwise known to the Client and which resulted from activities beyond the normal scope of the objective and work contemplated in this engagement, Black Cube will be paid an additional success fee of 300,000 USD.

19. The payment of the success fee will be independent from, and in addition to, any other fee paid according to this agreement.

20. VAT will be added, only if necessary, according to English law.

21. We agree that Black Cube will solely look to the Client and not the Firm for payment of any amounts due under this engagement and shall hold the Firm harmless from any costs arising out of this engagement.




3

