# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-01490-SVW-SK | Date | November 26, 2018 |
|---|---|---|---|
| Title | *Tensor Law P.C. v. Michael F. Rubin et al.* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    ORDER GRANTING MOTIONS TO DISMISS DEFENDANTS FAIRSTEIN, BC STRATEGY UK LTD, AND K2 INTELLIGENCE LLC [87][88][89]

The motions to dismiss filed by Defendants Linda Fairstein, Dkt. 87, BC Strategy UK LTD, Dkt. 88, and K2 Intelligence LLC, Dkt. 89, are GRANTED. Plaintiff's Second Amended Complaint does not contain sufficient factual allegations under the federal pleading standards to state a plausible claim for relief against these Defendants or to allow a reasonable inference that Defendants are liable for the alleged acts performed by Defendant Michael Rubin. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

Plaintiff's factual allegations of tortious interference with a contractual relationship or prospective economic advantage pertain only to Rubin. Plaintiff has not sufficiently alleged any plausible agency relationship between Defendants and Rubin beyond Plaintiff's own speculation, which amounts to a legal conclusion that the Court cannot accept as true for purposes of Defendants' motions to dismiss. *See Iqbal*, 556 U.S. at 678-79; *Qingdao Tang-Buy Int'l Imp. & Exp. Co., Ltd. v. Preferred Secured Agents, Inc.*, No. 15-cv-00624-LB, 2016 WL 6524395, at *5 (N.D. Cal. Nov. 3, 2016); *Dickenson v. Stevens*, No. 2:10-cv-09460-JHN-CWx, 2011 WL 13217926, at *3 n. 3 (C.D. Cal. Dec. 16, 2011). Plaintiff is not permitted to include these Defendants in its case under an "undisclosed principal" theory without alleging specific facts establishing an agency relationship between Defendants and Rubin

| | : |
|---|---|
| Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-01490-SVW-SK | Date | November 26, 2018 |
|---|---|---|---|
| Title | *Tensor Law P.C. v. Michael F. Rubin et al.* | | |

regarding Rubin's conduct at issue in this case. *See, e.g.*, *Associated Creditors' Agency v. Davis*, 13 Cal. 3d 374, 385 (1975); *Del E. Webb Corp. v. Structural Materials Co.*, 123 Cal. App. 3d 593, 606 (1981).[1]

Because Plaintiff's Second Amended Complaint failed to include any allegations supporting the existence of an agency relationship between Defendants and Rubin, Plaintiff failed to state a plausible claim for relief against Defendants for the alleged tortious interference by Rubin regarding Plaintiff's attorney-client relationship with Paz de la Huerta. Accordingly, the motions to dismiss are GRANTED, and Defendants Fairstein, BC Strategy UK LTD, and K2 Intelligence LLC are DISMISSED from this action.[2]

IT IS SO ORDERED.

---

[1]     Plaintiff's attempt to characterize statements made by K2 Intelligence LLC in response to discovery requests as "admissions" of an agency relationship with Rubin is without merit. *See* Dkt. 90 at 9-10; Dkt. 91 at 9-10. Similarly, arguments made by Rubin in prior briefing in this case do not amount to "adoptive admissions" of any agency relationship between Rubin and BC Strategy UK LTD. *See* Dkt. 92 at 16 (improperly citing to a stricken document on the docket). In any event, such documents are not incorporated by reference in the Second Amended Complaint and therefore cannot be considered by the Court on Defendants' motions to dismiss. *See, e.g.*, *Gerritsen v. Warner Bros Entm't Inc.*, 112 F. Supp. 3d 1011, 1020-21 (C.D. Cal. 2015).

[2]     Because Plaintiff's Second Amended Complaint fails to state a plausible claim for relief against these Defendants, the Court need not address whether Plaintiff has sufficiently alleged that this Court has personal jurisdiction over BC Strategy UK LTD.

|  | : |
|---|---|
| Initials of Preparer | PMC |